ADOLPH LADENBURG et al., Appellants, *v.* COMMERCIAL BANK OF NEWFOUNDLAND et al., Respondents.

(Argued June 4, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 17, 1895, which reversed an order of Special Term denying a motion to set aside an attachment, and granted such motion.

*E. H. Benn* for appellants.

*John A. Mapes* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

PEOPLE ex rel. THE ARGUS COMPANY, Respondent, *v.* JOHN PALMER, as Secretary of State, et al., Appellants.

(Argued June 4, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 28, 1895, which affirmed an order of Special Term, directing a writ of mandamus to issue.

*William E. Kisselburgh, Jr.,* for appellants.

*Amasa J. Parker, Jr.,* for respondent.

Agree to affirm on opinion of Special Term.
All concur.
Order affirmed.